UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-273-FDW
(3:03-cr-55)

| | |
|---|---|
| ANDREW TIMOTHY JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on its own review of the file in this matter.

This Court entered an Order to Show Cause on September 14, 2021 directing the parties to show cause why the stay in this matter should not be continued in light of United States v. Taylor, No. 20-1459, 2021 WL 2742792 (July 2, 2021). [Doc. 20]. The parties have not filed any objections to a continuation of the stay and in light of Taylor, the Court finds that a continued stay of the proceedings is warranted.

**IT IS, THEREFORE, ORDERED** that this matter remains in **ABEYANCE** pending the decision of the Supreme Court in Taylor.

**IT IS SO ORDERED**.

Signed: October 21, 2021

Frank D. Whitney
United States District Judge